IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

JUL 08 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | <u>S U P E R S E D I N G</u> |
| ) | <u>I N D I C T M E N T</u> |
| Plaintiff,   ) | |
| ) | JUDGE JAMES R. KNEPP, II |
| v.   ) | |
| ) | |
| ) | |
| TYLER MCCLORRINE, aka JULIO,   ) | CASE NO. <u>3:26CR219</u> |
| TYRELL LOUIS, aka RELL, aka COWBOY,  ) | Title 21, United States Code, |
| MICAH BOLDEN, aka MARLOW, aka LO,  ) | Sections 841(a)(1), (b)(1)(A), |
|    aka GOTTI, aka MAN MAN,  ) | (b)(1)(B), (b)(1)(C), 843(b), 846, |
| BRUCE COPELAND, aka UNC,  ) | 851 and 856(a)(2) and (b); Title |
| WILLIAM BEENE SR., aka POPS, aka  ) | 18, United States Code, Sections |
|    CLIFF,  ) | 3, 111(a)(1) and (b), 922(g)(1), |
| DASHAWN DONTE LEE, aka GHOST,  ) | 924(a)(8), and 924(c)(1)(A) |
| MELTRICE WATSON, aka BIG MAN,  ) | |
| BENJAMIN WILLIAMS,  ) | |
| JOEL LISKE,  ) | |
| MORGAN CLARK,  ) | |
| MAKAYLA DICKSON,  ) | |
| MISTY LEBER,  ) | |
| ROSS NICHOLS,  ) | |
| CHRISTOPHER TURNER, aka TONE,  ) | |
| ) | |
| ) | |
| Defendants.   ) | |

<u>COUNT 1</u>
(Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, 21
U.S.C. § 846)

The Grand Jury charges:

1. From in or around January 2020, to in or around April 2026, in the Northern

District of Ohio, Western Division, and elsewhere, Defendants TYLER MCCLORRINE, aka

JULIO, TYRELL LOUIS, aka RELL, aka COWBOY, MICAH BOLDEN, aka MARLOW, aka

LO, aka GOTTI, aka MAN MAN, BRUCE COPELAND, aka UNC, WILLIAM BEENE SR.,

aka POPS aka CLIFF, DASHAWN DONTE LEE, aka GHOST, MELTRICE WATSON, aka



BIG MAN,  BENJAMIN WILLIAMS, JOEL LISKE, MORGAN CLARK, MAKAYLA DICKSON, MISTY LEBER, ROSS NICHOLS, and CHRISTOPHER TURNER aka TONE, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 10 grams or more of a mixture and substance containing fentanyl analog, a Schedule I controlled substance; and a mixture and substance containing a detectible amount of cocaine base ("crack"), a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

## MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

A. MCCLORRINE obtained fentanyl, cocaine, and cocaine base from LOUIS, BOLDEN, COPELAND, LEE and various other suppliers in the Toledo, Ohio area, and elsewhere on behalf of the MCCLORRINE Drug Trafficking Organization (MCCLORRINE DTO).

B. MCCLORRINE supplied fentanyl, cocaine, and cocaine base to other members of the conspiracy including, BOLDEN, COPELAND, LEE, WATSON, WILLIAMS, LISKE, CLARK, DICKSON, TURNER, and LEBER for redistribution in the Toledo, Ohio area.

C. BOLDEN, COPELAND, LEE, WATSON, WILLIAMS, LISKE, CLARK, DICKSON and LEBER then distributed the fentanyl, cocaine and cocaine base on behalf of the MCCLORRINE DTO.

2

D.     MCCLORRINE used residences owned or leased by NICHOLS and Person 1, to store, manufacture, and distribute controlled substances to members of the MCCLORRINE DTO.

E.     LOUIS used a residence owned by BEENE SR. to store, manufacture, and distribute controlled substances to MCCLORRINE.

F.     DICKSON and TURNER rented and provided vehicles to MCCLORRINE for MCCLORRINE to use to distribute controlled substances.

G.     Conspirators used multiple cellular telephones to facilitate their trafficking activities on behalf of the MCCLORRINE DTO. Conspirators used coded/slang terminology such as "dope", "fet", "squeeze", "tranq", "white", "tan", "sleeve", "big", to obscure and disguise the true nature of their activities and the true meaning of their conversations.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

3.     In furtherance of the conspiracy, and to affect the goals and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio, and elsewhere, including but not limited to, the following:

4.     On or about December 7, 2023, MCCLORRINE met with Confidential Source 1 ("CS-1") in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 7.90 grams of fentanyl.

5.     On or about December 21, 2023, MCCLORRINE met with CS-1 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 9.96 grams of fentanyl.

6.     On or about January 8, 2024, MCCLORRINE met with CS-1 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 9.89 grams of fentanyl.

7. On or about January 26, 2024, MCCLORRINE met with CS-1 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 9.89 grams of fentanyl.

8. On or about February 27, 2024, MCCLORRINE met with CS-1 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 10.14 grams of fentanyl.

9. On or about March 22, 2024, MCCLORRINE met with CS-1 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 7.90 grams of fentanyl.

10. On or about April 19, 2024, MCCLORRINE met with CS-1 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-1 9.93 grams of fentanyl.

11. On or about May 20, 2024, MCCLORRINE met with CS-1 on Dorr Street, Toledo, Ohio, and sold CS-1 10.04 grams of fentanyl.

12. On or about June 27, 2024, MCCLORRINE met with CS-1 on Dorr Street, Toledo, Ohio, and sold CS-1 9.95 grams of fentanyl.

13. On or about July 24, 2024, MCCLORRINE met with CS-1 in the area of Monroe Street and Secor Road, Toledo, Ohio, and sold CS-1 10.05 grams of fentanyl.

14. On or about August 8, 2024, MCCLORRINE met with CS-1 in the area of Monroe Street and Talmage Road, Toledo, Ohio, and sold CS-1 10.31 grams of fentanyl.

15. On or about July 29, 2024, MCCLORRINE obtained a rented black 2024 Ford Edge from Person 2 to distribute fentanyl and other controlled substances.

16. On or about August 29, 2024, MCCLORRINE met with CS-1 in the area of Alexis Road and Yermo Drive, Toledo, Ohio, and sold CS-1 10.03 grams of fentanyl.

17. On or about September 10, 2024, at 6:06 p.m., LOUIS messaged MCCLORRINE, "Pull up pops got it call him 419-917-7505 (BEENE SR.'s telephone number)". At 6:33 p.m., MCCLORRINE messaged LOUIS, "Tell him to answer".

4

18.     On or about September 10, 2024, at 7:18 p.m., MCCLORRINE arrived at BEENE SR.'s residence on Fernwood Avenue. BEENE SR. then met with MCCLORRINE and provided him fentanyl and cocaine.

19.     On or about August 28, 2024, MCCLORRINE obtained a rented red 2023 Mitsubishi Outlander from Person 2 to distribute fentanyl and other controlled substances.

20.     On or about October 2, 2024, MCCLORRINE met with CS-1 in the area of Central Avenue and Talmage Road, Toledo, Ohio, and sold CS-1 9.84 grams of fentanyl.

21.     On or about December 3, 2024, MCCLORRINE met with CS-1 in the area of Heatherdowns Blvd. and Perrysburg Holland Road, Toledo, Ohio, and sold CS-1 9.94 grams of fentanyl.

22.     On or about December 5, 2024, MCCLORRINE obtained a rented black 2024 Chevrolet Equinox from DICKSON to distribute fentanyl and other controlled substances.

23.     On or about December 30, 2024, MCCLORRINE returned a rented black 2024 Chevrolet Equinox to DICKSON and TURNER that MCCLORRINE had used to distribute fentanyl and other controlled substances. DICKSON and TURNER then cleaned the Chevrolet Equinox and removed the tint from the windows prior to returning it to the car rental agency.

24.     On or about December 30, 2024, MCCLORRINE obtained a rented black 2022 GMC Terrain from DICKSON to distribute fentanyl and other controlled substances.

25.     On or about January 27, 2025, MCCLORRINE returned a rented black 2022 GMC Terrain to DICKSON and TURNER that MCCLORRINE had used to distribute fentanyl and other controlled substances. DICKSON then returned the GMC Terrain to the car rental agency.

26. On or about January 30, 2025, MCCLORRINE met with CS-1 in the area of Sylvania Avenue and Douglas Road, Toledo, Ohio, and sold CS-1 10.04 grams of fentanyl and heroin.

27. On or about January 31, 2025, BOLDEN met with CS-3 in the area of Wales Road and Oregon Road, Northwood, Ohio, and sold CS-3 1.58 grams of cocaine.

28. On or about January 31, 2025, MCCLORRINE obtained a rented blue 2023 Nissan Rogue from DICKSON and TURNER to distribute fentanyl and other controlled substances.

29. On or about February 28, 2025, MCCLORRINE returned a rented blue 2023 Nissan Rogue to DICKSON and TURNER that MCCLORRINE had used to distribute fentanyl and other controlled substances. DICKSON and TURNER then cleaned the Nissan Rogue and removed the tint from the windows prior to returning it to the car rental agency.

30. On or about February 28, 2025, MCCLORRINE obtained a rented white Ford Escape from DICKSON and TURNER to distribute fentanyl and other controlled substances.

31. On or about March 18, 2025, MCCLORRINE met with CS-1 in the area of Sylvania Avenue and Secor Road, Toledo, Ohio, and sold CS-1 9.77 grams of fentanyl.

32. On or about May 1, 2025, MCCLORRINE met with CS-1 in the area of Heatherdowns Blvd. and Perrysburg Holland Road, Toledo, Ohio, and sold CS-1 11.15 grams of fentanyl.

33. On or about June 12, 2025, MCCLORRINE met with CS-1 in the area of Heatherdowns Blvd. and Perrysburg Holland Road, Toledo, Ohio, and sold CS-1 10.12 grams of fentanyl.

34. On or about July 30, 2025, MCCLORRINE met with CS-1 in the area of Alexis Road and Yermo Drive, Toledo, Ohio, and sold CS-1 10.01 grams of fentanyl.

35. On or about August 27, 2025, MCCLORRINE obtained a rented Grey 2025 Ford Escape from DICKSON to distribute fentanyl and other controlled substances.

36. On or about September 9, 2025, MCCLORRINE met with Confidential Source 2 ("CS-2") in the area of Airport Highway and Holland Sylvania Road, Toledo, Ohio, and sold CS-2 4.44 grams of a mixture containing fentanyl and para-fluorofentanyl.

37. On or about September 23, 2025, MCCLORRINE obtained a rented Grey/Silver 2024 Ford Edge from Person 1 to distribute fentanyl and other controlled substances.

38. On or about September 23, 2025, MCCLORRINE met with CS-2 in the area of Ashland Avenue, Toledo, Ohio, and sold CS-2 1.42 grams of fentanyl.

39. On or about October 2, 2025, MCCLORRINE met with CS-1 on Monroe Street, Toledo, Ohio, and sold CS-1 9.82 grams of fentanyl.

40. On or about October 9, 2025, MCCLORRINE met with CS-2 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-2 3.42 grams of a mixture containing fentanyl and heroin.

41. On or about October 27, 2025, MCCLORRINE met with CS-2 in the area of Airport Highway and Holland Sylvania Road, Toledo, Ohio, and sold CS-2 4.34 grams of fentanyl.

42. On or about October 23, 2025, MCCLORRINE obtained a rented Silver 2025 Hyundai Tucson from Person 3 to distribute fentanyl and other controlled substances.

43. On or about November 4, 2025, MCCLORRINE met with CS-2 in the area of Airport Highway and Holland Sylvania Road, Toledo, Ohio, and sold CS-2 4.41 grams of a mixture containing fentanyl and para-fluorofentanyl.

44. On or about November 25, 2025, MCCLORRINE met with CS-2 in the area of Alexis Road and Lewis Avenue, Toledo, Ohio, and sold CS-2 4.34 grams of a mixture containing fentanyl and para-fluorofentanyl.

45. On or about November 28, 2025, DICKSON called MCCLORRINE. During the call, MCCLORRINE asked, "Where you at?" DICKSON replied, "I told you I am pulling up. Come outside in like two minutes." DICKSON then said, "I want half (half gram of fentanyl)." MCCLORRINE then asked, "How much you got?" DICKSON responded, "35...he sold the rest of pills." MCCLORRINE asked, "What pills?" DICKSON clarified, "His subs or whatever."

46. On or about November 30, 2025, at approximately 12:51 p.m., TURNER called MCCLORRINE. During the call MCCLORRINE asked, "What up Tone?" TURNER said, "S**t. I'm trying to meet up". MCCLORRINE asked, "How much you trying to do"? TURNER answered, "I got 30". MCCLORRINE said, "I got you, where you at"? TURNER answered, "I'm at home". MCCLORRINE said, "Be at your house, in like 20 minutes and head to Secor". TURNER responded, "Alright."

47. On or about November 30, 2025, MCCLORRINE called TURNER and said, "20 minutes, meet me at Chili's." TURNER answered, "Alright, cool."

48. On or about November 30, 2025, MCCLORRINE met with TURNER at Chili's Restaurant and sold TURNER fentanyl.

8

49. On or about December 8, 2025, MCCLORRINE met with CS-2 in the area of Airport Highway, Toledo, Ohio, and sold CS-2 4.41 grams of a mixture containing fentanyl and para-fluorofentanyl.

50. On or about December 9, 2025, WILLIAMS messaged MCCLORRINE beginning at 11:22 a.m., WILLIAMS messaged, "Yooo you around gang? This is my other number". MCCLORRINE messaged, "I'm at the crib rn where you want me to go". MCCLORRINE then messaged, "12:50 Pantry…is that cool? Or need a lil'more time gang". WILLIAMS replied, "That's cool gang I already took the money off so I'm ready for you". MCCLORRINE replied, "Me too" WILLIAMS messaged, "Be there in two mins" and then later, "Here".

51. On or about December 23, 2025, MCCLORRINE met with CS-2 in the area of Airport Highway and Holland Sylvania Road, Toledo, Ohio, and sold CS-2 7.77 grams of a mixture containing fentanyl and para-fluorofentanyl.

52. On or about January 21, 2026, MCCLORRINE met with CS-2 in the area of Talmage Road and Sylvania Avenue, Toledo, Ohio, and sold CS-2 4.36 grams of fentanyl.

53. On or about January 28, 2026, MCCLORRINE traveled to BEENE SR.'s residence on Fernwood Avenue. At 12:04 p.m., LOUIS called BEENE SR. on the telephone. Thereafter, BEENE SR. exited the Fernwood Avenue residence and met with MCCLORRINE at the driver's side window of MCCLORRINE's Chrysler minivan and provided him fentanyl and cocaine. BEENE SR. then re-entered the Fernwood Avenue residence and called LOUIS. At 12:18 p.m., LOUIS returned BEENE SR's call.

54.     On or about January 28, 2026, at 2:49 p.m., CS-2 messaged MCCLORRINE, "Hey I'm gonna need more tmrw that s\*\*t (fentanyl) wasn't as good as normal you got that good s\*\*t back?" At 4:15 p.m., MCCLORRINE messaged CS-2, "Yup I got some fire right now".

55.     On or about January 30, 2026, MCCLORRINE met with CS-2 in the area of Talmage Road and Sylvania Avenue, Toledo, Ohio, and sold CS-2 9.03 grams of fentanyl.

56.     On or about March 5, 2026, MCCLORRINE met with CS-2 in the area of Talmage Road and Sylvania Avenue, Toledo, Ohio, and sold CS-2 8.71 grams of fentanyl.

57.     On or about March 4, 2026, at approximately 10:46 a.m., LEE called MCCLORRINE. While speaking with LEE, BOLDEN called MCCLORRINE on Facetime and the three had a three-way conversation. MCCLORRINE told BOLDEN, "Yeah, if he (ROSS) find you in the garage (ROSS' detached garage on Garrison Road) I'm telling him that it was your dope, I don't know nothin' about s\*\*t so be....Tell him that's yo s\*\*t in the garage." MCCLORRINE told BOLDEN, "I gotta mute the phone before Cowboy (LOUIS) get all scary. Hold on let me call Cowboy on the other phone, before you steal it." BOLDEN then told MCCLORRINE, "Bro I'm here (ROSS' residence on Garrison Road)." MCCLORRINE replied, "You might wanna be cool...you walk in, it's on top of the door, in the gap in between the door." BOLDEN replied, "Where?" MCCLORRINE stated, "The side door of the garage. It's in the gap." BOLDEN again replied, "You said what?" MCCLORRINE responded, "To the door, the side door in the garage, you go inside...You would never look there if I didn't tell you to look up there." While waiting for BOLDEN to respond, LEE stated, "What happened?" MCCLORRINE then joked with LEE, "He gonna take that, take that zip (ounce of crack cocaine) over there, he gonna buy it off you." Thereafter BOLDEN traveled to his residence on Tecumseh Street.

58. On or about March 7, 2026, at approximately 6:54 p.m., WATSON called MCCLORRINE. During the call, WATSON told MCCLORRINE, "What up bro bro? I need uh, some. I got old girl here, a spender". MCCLORRINE replied, "Do you got somebody there with you?" WATSON answered, "Yeah, the old remember the one I been trying to get back, the spender." MCCLORRINE replied, "I am on my way."

59. On or about March 8, 2026, at approximately 8:22 p.m., MCCLORRINE received a Facetime call in his Chrysler minivan from COPELAND. During the call, MCCLORRINE and COPELAND agreed to meet at the Cincy Crab Restaurant on Secor Road.

60. On or about March 8, 2026, at approximately 8:30 p.m., MCCLORRINE and COPELAND arrived at the Cincy Crab and COPELAND entered MCCLORRINE's Chrysler minivan. During their meeting, COPELAND told MCCLORRINE that he intended to purchase a "half a chicken" (half a kilogram) of "fet" (fentanyl) the following day. COPELAND told MCCLORRINE that he intended to pay the supplier "20,000" for the "half a chicken". Thereafter, COPELAND and MCCLORRINE discussed how much fentanyl MCCLORRINE had supplied COPELAND. COPELAND estimated that he "had bought damn near 750 grams" of fentanyl from MCCLORRINE. COPELAND again confirmed to MCCLORRINE that he intended to purchase fentanyl the following day and then left MCCLORRINE's minivan.

61. On or about March 9, 2026, beginning at 11:53 a.m., CLARK messaged MCCLORRINE, "I need 5 today bro please call me you able to come thru". MCCLORRINE later responded, "How much you got?" CLARK responded, "150". MCCLORRINE asked, "The whole 150$?!?!" CLARK responded, "Hold on give me 5 minutes I just messaged my people I might be able to get 8 I have 169 in the account I can only pull 140 out I 2 dollars short but I might have enough for 8 let me see if she read it yet".

62. On or about March 9, 2026, at approximately 6:01 p.m., LEE called MCCLORRINE. During the call, LEE stated, "You had the n***a call my phone earlier. That n***a call me earlier. I served that n***a earlier." MCCLORRINE replied, "Nah, he been blowing. I been, come on man. Come on, man. He came and bought two...a G (referring to a gram of fentanyl). I know what's going on man. Come on, man. Don't say I ain't ever do nothing, man." LEE asked, "What you mean?" MCCLORRINE replied, "I, turn n***a on, man. I turn n***a up" (referring to providing drug customers to LEE so he can make money distributing drugs to them). LEE responded, "Hey, tell that n***a don't do no dumb s**t, bro. With his baby and his girl in the car, bro...On my momma. He better not be in no car accident, bro. Nodding off at the wheel. You got the baby in the car and s**t dude." MCCLORRINE responded, "He was blowing my s**t down. He text me talking about why you treating me like a dope fiend why you ain't answer..." LEE responded, "I hate that... Because you is a dope fiend. I hate when dope fiends say that. Macy said that the other day. I cussed her out. Told her quit calling my phone. You done. I don't want nothing to do with you. You're done. I'm tired of you. I'm so tired of you. She like why you treating me like a dope fiend. Um, news flash you are. What the f**k..." LEE then stated, "Man, I had to talk with Heather this morning. I ain't have to talk with her yet... Had to talk. Hey, you gotta get your s**t in order. On my momma. Like we cool dudes (referring to himself and MCCLORRINE) and all of that. We want the money and all of that, but you keep trying to hurry us up and get us to get to you two times, three times a day for thirty dollars. Man, you might as well try to figure out how to put them, to put two thirties together... and, and get yourself a better situation." MCCLORRINE stated, "I know, it's just. You know..." LEE continued, "On my momma. I be up all night. I tell her I be up all night. I be...You feel me. I'm not trying to hop out of bed at eight in the morning. I just be going to sleep at five. You call

12

me at eight. Talking about thirty dollars. Man, I'm not lying. Me and him big boys (referring to him and MCCLORRINE). We not, ain't nobody trying to. Don't get it twisted. The money add up and everything. We about that, but you gotta do better. You gotta. It's called efficient. You gotta be efficient. This s\*\*t not even ..." MCCLORRINE responded, "Not even worth me getting out of bed in the morning for thirty funky ass dollars, b\*\*\*h." LEE replied, "On my momma. And then you can't say…you can't, because ever since you been calling me you been coming twice a day. So some way, somehow you." MCCLORRINE interrupts, "On my momma. You'll come twice a day so I know you not sick, b\*\*\*h. I just seen you." LEE then continues, "On my momma. And I know you can put that money together because nine times out of ten you keep putting together that money twice a day. So put that s\*\*t together at one time. What the f\*\*k. Yeah, she get on my damn nerves, but I had the talk with her. We'll see what she do. She ain't about to do s\*\*t. The thing about fiends you do that with fiends and s\*\*t. They don't give a f\*\*k. They'll go back to they same demonstration like ya'll ain't even talk about nothing." MCCLORRINE then replied, "No, it's going to be cool for a second though…Like a week. But then they go back to the same bulls\*\*t."

63.     On March 14, 2026, MCCLORRINE made a Facetime call to LOUIS. During the call, MCCLORRINE asked LOUIS, "Pull up behind Pops?" LOUIS answered, "Yeah." MCCLORRINE then said, "I got what I owe you and I got enough for 100. I don't need that extra weight you be trying to throw on me." LOUIS said, "Alright." MCCLORRINE told LOUIS, "I am pulling up there right now." MCCLORRINE then pulled behind BEENE SR.'s residence on Fernwood and LOUIS entered MCCLORRINE's Chrysler minivan. LOUIS gave MCCLORRINE fentanyl and cocaine. LOUIS said, "I got what you want right here. I promise you." MCCLORRINE asked, "Is that everything?" LOUIS said, "I promise you. I got what you

want right there. That is pressure." MCCLORRINE then gave LOUIS approximately $15,000. LOUIS then said, "Thought you was gonna come (inaudible)." MCCLORRINE responded, "No, I still got 80, 90 grams." LOUIS then said, "Alright, well there is a lot around. There is a lot around." MCCLORRINE asked, "Okay, so I am going to be cool when I come back in like 7, 8 days?" LOUIS said, "Yeah. You're going to be cool because there is a lot around." MCCLORRINE asked, "What's the number? Hold on. What's the number?" LOUIS asked, "What this?" MCCLORRINE then said, "I am saying because I am trying to come get a half" LOUIS said, "I am looking out for you. But look. That, that right there I was going to give you ah…I thought you was going to come, umm, get at least 2, 2, 200. You know what I am saying? At least 200 and I could have gave you an additional 5. You know what I am saying an additional 5. I was going to give you an additional 50 or 100 you know what I am saying. It's cool though. It's cool. I really had 300 waiting on you I thought you was gonna want 250…It's cool dog" MCCLORRINE said, "Naw, I really want it but" LOUIS said, "But you still got more dope. Go sell it and come back." MCCLORRINE asked, "What are you going to charge me for a half?" LOUIS answered, "I will figure it out." MCCLORRINE said, "No, that's what I am coming back to…I am coming back and grab it…because you know I pull up…I have it you gonna be scratching your head like d\*\*n awe man what am I going to do." Later MCCLORRINE said, "I am going to call you." LOUIS then left the vehicle.

64.     On March 15, 2026, at approximately 6:14 p.m., MCCLORRINE received a call from LEE. During the call, MCCLORRINE asked LEE, "What up? You got some work (crack cocaine)?" LEE replied, "Nah I'm about to probably get some though after I take my daughter to get something to eat real quick. I'm about to call dude." MCCLORRINE asked, "What he charge you?" LEE replied, "The n\*\*\*a been on some cheap ass s\*\*t. Keep that s\*\*t my n\*\*\*a you

14

already 95 a ball ($95 per 3.5 grams) type s**t. Get every penny type s**t." MCCLORRINE asked, "What you about to grab?" LEE replied, "Like a quarter (quarter ounce of cocaine) or something." MCCLORRINE responded, "I'll sell you a quarter. I need you to drop (cook cocaine into crack cocaine) a quarter." LEE replied, "I ain't gonna do that. So I ain't been uh. I'm not spending that type of money with that n***a. I'm going to keep penny pinching as long as I got to." MCCLORRINE responded, "No I'm just sayin…I'll sell you a quarter. I need you to drop a quarter for me." LEE replied, "Ok. Where you at?" MCCLORRINE responded, "I'm about to bring it right now.. I'm about to bring it right now." LEE replied, "Meet at the house. I'm about to run to Panda Express real quick." MCCLORRINE responded, "Alright that's cool…that's cool. I'm coming from out the way." At 7:14 p.m., MCCLORRINE arrived at LEE's residence on Kingsbury Street.

65.     On March 15, 2026, at approximately 7:01 p.m., BOLDEN called MCCLORRINE. During the call, BOLDEN asked MCCLORRINE, "Did you weigh it out?" MCCLORRINE replied, "Yeah I'm dropping…I'm dropping it off to Ghost (LEE) right now…I'm droppin' it off to Ghost right now." BOLDEN replied, "Let's do it. How he gonna do it? He ain't got no work? He ain't got no work?" MCCLORRINE replied, "No." MCCLORRINE then asked BOLDEN, "What you got a teener sale or something (a crack cocaine sale)? BOLDEN replied "Hell yeah. I told him I'm backed on the e-way." MCCLORRINE responded, "I'm getting off on Promedica right now, he (LEE) waiting on me."

66.     On or about March 15, 2026, at 8:12 p.m., MCCLORRINE called BOLDEN. During the call, MCCLORRINE stated, "I had to come out... come out or....Where do you want me to..." BOLDEN replied, "Umm…meet me at the crib. MCCLORRINE responded, "Yeah I'll come there." BOLDEN stated, "I'll open the side door and you can put it in there, man."

15

MCCLORRINE replied, "You want me to put it in the mailbox?" BOLDEN responded, "You can open the side door and put it in there, man." MCCLORRINE replied, "I'll pull up, open the side door and put it back on the windowsill by the ash tray like you go in the basement." BOLDEN replied, "Yeah." MCCLORRINE then arrived at BOLDEN's residence.

67.     On or about March 15, 2026, at approximately 8:28 p.m., BOLDEN called MCCLORRINE. MCCLORRINE told BOLDEN, "I put that stuff in the house... I been dropped that off to your house."

68.     On or about March 17, 2026, WILLIAMS called MCCLORRINE. During the call MCCLORRINE asked, "What's up? What's the word?" WILLIAMS replied, "S\*\*t man, trying to link up with you bro." MCCLORRINE asked, "Right now?" WILLIAMS replied, "Yep, yep, I'm at the spot right now." MCCLORRINE responded, "Come to Chili's. I'm on my way. Come on." WILLIAMS replied, "Bet. I'm coming right now."

69.     On or about March 17, 2026, WILLIAMS later met MCCLORRINE at the Chili's Restaurant on Talmage Road. Once there, WILLIAMS entered MCCLORRINE's Chrysler minivan. MCCLORRINE then asked WILLIAMS, "You need two of them?" WILLIAMS responded, "How much I owe you? 15? What did I short you last time?" MCCLORRINE asked, "You got 65?" WILLIAMS replied, "Ok, alright, well if you can I'll owe you 20 then." MCCLORRINE responded, "That's cool. What's this?" WILLIAMS responded, "60."

70.     On or about March 23, 2026, at approximately 9:47 p.m., DICKSON called MCCLORRINE. During the call, DICKSON said, "Julio, he needs to meet." MCCLORRINE complained, "Oh my God, I just seen him already. You said what?" DICKSON said, "A half (1 ½ gram of fentanyl). MCCLORRINE asked, "Where you at?" DICKSON said, "I am at home." MCCLORRINE asked, "Cash? Or Cash App? What are we doing?" DICKSON replied, "Cash. I

did cash. It is easier." In a later call, MCCLORRINE tells DICKSON, "Meet at Secor." DICKSON said, "Okay, here I come."

71. On or about March 25, 2026, LEBER called MCCLORRINE. During the call, LEBER asked MCCLORRINE, "Hey, can you come by the house and bring me four (4 half grams of fentanyl) of them? Big Man is in the hospital. They had to take him by the ambulance." MCCLORRINE clarified, "You said four of them?" LEBER confirmed, "Yeah."

72. On or about March 26, 2026, at approximately 3:58 p.m., MCCLORRINE received a Facetime call in his Chrysler minivan from COPELAND. During the call, COPELAND and MCCLORRINE agreed to meet at the Ravenswood apartment complex on Talmage Road.

73. On or about March 26, 2026, at approximately 4:05 p.m., MCCLORRINE met with COPELAND in his Chrysler minivan in the rear parking lot area of the Ravenswood apartment complex. During the meeting COPELAND stated, "960 times two." MCCLORRINE responded, "960 times two?" COPELAND replied, "980 ain't it? 1,960." MCCLORRINE thereafter purchased two ounces of fentanyl from COPELAND.

74. On or about March 26, 2026, at approximately 4:15 p.m., LISKE called MCCLORRINE. During the call LISKE told MCCLORRINE, "I'm ready, 11 (11 half gram quantities of fentanyl), got 11." MCCLORRINE asked, "How much you got." LISKE responded, 3 ($300). Later in the call, MCCLORRINE asked LISKE, "Bro I charged you for six of them." LISKE responded, "Yes." MCCLORRINE later stated "I don't know I gotta do the math, this math is ain't making sense brother man. I'm about the money. I don't be on that s**t. Pull my calculator out. So 180 times two will be 360, that's what I would be giving you if you were buying 12 (12 half gram quantities of fentanyl), right? So you only got 300. So hold on." LISKE

responded, "11 (11 half gram quantities of fentanyl) would be cool I guess." MCCLORRINE confirmed, "I can do that. I can do that…I'm on my way, no, how you want it though?" LISKE responded, "Um…" MCCLORRINE then asked, "You want to tranqs (fentanyl that makes users pass out) in there? Cause I still got two tranqs backed up." LISKE agreed, stating, "Yeah, do that."

75. On or about March 27, 2026, at approximately 7:07pm, WATSON called MCCLORRINE. During the call, WATSON said, "What up my bro bro." MCCLORRINE responds, "What they need?". WATSON replied, "Uhh…what 8 (8 half gram quantities of fentanyl)". MCCLORRINE asks WATSON, "You in the hospital still?" WATSON responded, "No I'm out now." MCCLORRINE asked, "At the crib?" WATSON responded, "Yeah." MCCLORRINE then said, "I'll be on my way in 30 minutes."

76. On or about April 1, 2026, at approximately 12:21 p.m., LISKE called MCCLORRINE. During the call, MCCLORRINE asked LISKE, "Why would, why would I do 12 (12 half gram quantities of fentanyl) for 300?" LISKE responded, "I was hoping, I was hoping." MCCLORRINE remarked, "You can't afford s**t or something bro, tell me that, you keep trying to get deals and this s**t already cheap as f**k." LISKE responded, "Not cheap enough." In a subsequent call, MCCLORRINE told LISKE, "I'm doing the math. Let me call you back, but I am on my way."

77. On April 3, 2026, at approximately 3:35 p.m., LISKE sent a message to MCCLORRINE, "Hey man can hook me up for 300? I go that extra 10 for being short on you too." Later, MCCLORRINE messaged back, "On my way!"

78. On or about April 4, 2026, at approximately 8:17 p.m., CLARK met with MCCLORRINE in his Chrysler minivan. During their meeting, CLARK asked, "What up big

bro?" MCCLORRINE said, "You said 180?" CLARK confirmed, "Yessir." MCCLORRINE said, "Six-seven." CLARK then said, "Thanks brother. And I'll have you, and like I said that was my limit to get money out so I'll have the rest tomorrow when, um, I'm ah try to get as much as I can off somebody. You know how that goes." MCCLORRINE said, "Appreciate you, bro."

79.     On or about April 6, 2026, at approximately 2:19 p.m., LEBER called MCCLORRINE. During the call, LEBER told MCCLORRINE, "I need 8 (8 half gram quantities of fentanyl). MCCLORRINE asked, "You got to go to the ATM?" LEBER responded, "Nope. She...I already got her money and my money."

80.     On or about April 10, 2026, beginning at 4:12 p.m., WILLIAMS messaged MCCLORRINE. WILLIAMS wrote, "Yooo I'm about to be getting a hold of you in a little bit gang.." MCCLORRINE responded, "45 min/hr I'll be ready"

81.     On or about April 10, 2026, MCCLORRINE called WILLIAMS and stated, "Just got back, check this out. I had to take my girl, drop her off at the airport. I'm crossing the state line. I gotta go to the crib and bag some s**t up and then I will be ready." WILLIAMS responded, "For sure, for sure. I gotta run and grab this money."

82.     On or about April 10, 2026, MCCLORRINE called WILLIAMS and said, "Meet me at Chili's, meet me at Chili's." WILLIAMS said, "Let me know. Leave right now or what?" MCCLORRINE responded, "Leave at 9:20." Later MCCLORRINE called WILLIAMS and said, "Come closer to me gang. I'm passing. I'm passing the e-way passing Phillips about to be coming towards the split. Can you meet me on Secor?" WILLIAMS asked, "Secor? Where you? What you want me to go to them apartments?" MCCLORRINE responded, Yeah, yup. I'm like 7 minutes away...6 minutes away."

83. On or about April 10, 2026, MCCLORRINE met with WILLIAMS at the Tamarac Creek Apartments. WILLIAMS entered MCCLORRINE's Chrysler minivan. MCCLORRINE asked, "What up with you gang?" WILLIAMS replied, "S**t man. I'm going to get back out there for a couple of runs." MCCLORRINE asked, "Type s**t you getting it for the night. What you need two?" WILLIAMS said, "At least five bro or six." MCCLORRINE replied, "That's cool." WILLIAMS responded, "Good looking bro."

84. On or about April 10, 2026, at approximately 5:15 p.m., MCCLORRINE met with CLARK in his Chrysler minivan. During their meeting, CLARK said, "That was good timing." MCCLORRINE then said, "That's 8 (8 half grams of fentanyl) of them." CLARK then said, "There you go man. I told ya I got you." MCCLORRINE concluded the exchange by saying, "Good looking."

85. On or about April 10, 2026, at approximately 5:15 p.m., MCCLORRINE received a Facetime call from LOUIS. MCCLORRINE stated, "S**t trappin. You going to be ready in the morning?" LOUIS and MCCLORRINE then discuss the arrest of a person referred to as "Peanut." LOUIS, listening to the exchange between MCCLORRINE and CLARK remarked, "That was a 200 point right there?" MCCLORRINE corrected LOUIS, "Hell no. 400. We going to be ready in the morning?" LOUIS said, "Sleeve (100 grams of fentanyl)." MCCLORRINE then asked, "No we can do two (200 grams of fentanyl) if its alright." LOUIS confirmed, "Two in the morning." MCCLORRINE then asked, "You got some of the other ones? The other stuff (cocaine)?" LOUIS confirmed, "Um yeah, yep." MCCLORRINE then said, "Let me get that too." LOUIS and MCCLORRINE agreed to meet the following morning.

86. On or about April 11, 2026, at approximately 9:51 a.m., MCCLORRINE received an incoming Facetime call from LOUIS. During the call, MCCLORRINE and LOUIS confirmed

they would meet at the residence on Fernwood. MCCLORRINE remarked, "I will be there before you." At 10:16 a.m., MCCLORRINE arrived at BEENE SR.'s residence on Fernwood. At 10:18 a.m., LOUIS exited the Fernwood residence and entered MCCLORRINE's Chrysler minivan. MCCLORRINE then gave LOUIS money stating, "I owe you 500, that's 15 ($15,000)." LOUIS jokingly stated, "You owe me four from the last one, too." MCCLORRINE then stated, "I will bring that 3, 400 back and that dope I still got." LOUIS said, "That is cool, too though." Later, LOUIS asked, "You still got it? You never hit it? What is it, 200 grams?" MCCLORRINE responded, "No, not anymore." LOUIS asked, "What is it 200?" MCCLORRINE said, "Hell no. You know its not no 200." LOUIS asked, "Like 100?" MCCLORRINE said, "Not even 100 anymore." LOUIS said, "Bring it back, n***a. I told you I have a play for it. Bring it back. I'm gonna give it to my dude. He is going to pay you." MCCLORRINE said, "Alright. I owe you five. I owe you eight." LOUIS then informed MCCLORRINE he was joking about the money MCCLORRINE owed to LOUIS stating, "I was just f**king with you. You don't owe me nothing. You did pay me that dude. I was just f**king with you. You only owe me five. I was just seeing where your mind was at..." . LOUIS then gave MCCLORRINE fentanyl and cocaine. LOUIS told MCCLORRINE, "Open it up. Look at your work. Look at your material before you leave bro." MCCLORRINE then asked, "Are you going to charge me thirty for the half?" LOUIS said, "Yeah, I can't..." MCCLORRINE said, "Charge me, let me get it for thirty and I will bring that dope back and we even...that's cool?" LOUIS said, "I can't say no to you." Later, LOUIS exited MCCLORRINE's Chrysler minivan and entered the Fernwood residence with the money MCCLORRINE gave him.

87.     On or about April 11, 2026, after leaving LOUIS, MCCLORRINE received an incoming call from BOLDEN. During the call, MCCLORRINE informed BOLDEN, "I got the

21

bag." Later MCCLORRINE told BOLDEN, "The police here, the police here bro. I am about to go on a chase bro." MCCLORRINE then struck multiple officers' vehicles, including at least one occupied by a federal agent, with his Chrysler minivan. BOLDEN asked, "Where you at? I am coming." MCCLORRINE told BOLDEN, "You have to come get all this s**t bro." During the chase MCCLORRINE discarded the fentanyl and cocaine that he obtained from LOUIS. MCCLORRINE told BOLDEN, "My bond might be crazy. I hit a cop car and everything." MCCLORRINE then abandoned the Chrysler minivan and entered the Nissan Altima BOLDEN was driving. BOLDEN then drove MCCLORRINE to BOLDEN's residence on Brame Place where MCCLORRINE hid from law enforcement.

88.     On or about April 11, 2026, LOUIS possessed approximately $15,090 inside the Fernwood residence.

89.     On or about April 11, 2026, MCCLORRINE possessed approximately 238 grams of fentanyl, 36 grams of para-fluorofentanyl, 3.5 grams of crack cocaine, a Sig Sauer, Model P320 M18, 9mm pistol, serial number M18A005570 and a Taurus, Model PT111G2A, 9mm pistol, serial number ABD484981, at his stash location on Cheyenne Blvd., Toledo, Ohio.

90.     On or about April 11, 2026, MCCLORRINE possessed $3,305 in U.S. currency and a currency counter in his residence on Prey Blvd., Waterville, Ohio.

91.     On or about April 11, 2026, BOLDEN possessed 80 grams of fentanyl at a residence on Tecumseh Street, Toledo, Ohio.

92.     On or about April 11, 2026, BOLDEN possessed a Romarm/Cugir Micro Draco 7.62 mm pistol, serial number ROA24PMD-69248 at his residence on Brame Place, Toledo, Ohio.

93.     On or about April 11, 2026, LEE possessed 4 grams of fentanyl, 2 grams of cocaine base, and a Smith and Wesson, .38 Special revolver, serial number AFU4500 at his residence on Kingsbury Avenue, Toledo, Ohio

94.     On or about April 11, 2026, police seized 160 grams of fentanyl from ROSS' residence on Garrison Road, Toledo, Ohio.

## ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A), (b)(1)(B), (b)(1)(C))

95.     Before Defendant TYRELL LOUIS aka RELL, aka COWBOY, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Ohio Revised Code, Section 2925.03, to wit: Trafficking in Cocaine, Case Number G-4801-CR-0200502859-000, in Lucas County Common Pleas Court, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.


## COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

96.     On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant TYRELL LOUIS, aka RELL, aka COWBOY did knowingly and intentionally distribute at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

97. On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant TYLER MCCLORRINE, AKA JULIO did knowingly and intentionally possess with the intent to distribute at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

98. On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant MICAH BOLDEN, AKA MARLOW, AKA LO, AKA GOTTI, AKA MAN MAN did knowingly and intentionally possess with the intent to distribute at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

## COUNT 5
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

99. On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant DASHAWN DONTE LEE, AKA GHOST did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

100. On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant DASHAWN DONTE LEE, AKA GHOST did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

101. On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant TYLER MCCLORRINE, AKA JULIO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Trafficking in Heroin, on or about June 21, 2018, in Case Number CR0201801406, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit: a Sig Sauer, Model P320 M18, 9mm pistol, bearing serial number M18A005570 and a Taurus, Model PT111G2A, 9mm pistol, bearing serial number ABD484981, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 8
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, of 18 U.S.C.
§ 924(c)(1)(A))

The Grand Jury further charges:

102.    From on or about November 21, 2025 through April 11, 2026, in the Northern District of Ohio, Western Division, Defendant TYLER MCCLORRINE, AKA JULIO knowingly possessed a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States, to wit: Conspiracy to Possession with Intent to Distribute and Distribution of a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count One of the Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT 9
(Assaulting, Resisting, or Impeding a Federal Officer, 18 U.S.C. § 111(a)(1) and (b))

The Grand Jury further charges:

103.    On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant TYLER MCCLORRINE, AKA JULIO, while using a deadly weapon, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114 while engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT 10
(Accessory After the Fact, 18 U.S.C. § 3)

The Grand Jury further charges:

104.    On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant MICAH BOLDEN, AKA MARLOW, AKA LO, AKA GOTTI, AKA MAN MAN, knowing that an offense against the United States had been committed, assisted TYLER

MCCLORRINE, AKA JULIO in order to hinder or prevent his apprehension, in violation of Title 18, United States Code, Section 3.

## COUNT 11
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(2) and (b))

The Grand Jury further charges:

105. From on or about September 2024, through April 2026, in the Northern District of Ohio, Western Division, Defendant WILLIAM BEENE SR., AKA POPS, AKA CLIFF. knowingly managed or controlled any place, permanently or temporarily, as an owner, lessee, agent, employee, occupant, or mortgagee, to wit: BEENE, SR.'s residence on Fernwood Avenue, Toledo, Ohio, and knowingly and intentionally rented, leased, profited from, or made available for use, with or without compensation, the place for the purpose of unlawfully manufacturing, storing, distributing, or using a controlled substance, in violation of Title 21, United States Code, Section 856(a)(2) and (b).

## COUNT 12
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

106. On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant MICAH BOLDEN, AKA MARLOW, AKA LO, AKA GOTTI, AKA MAN MAN, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Attempted Robbery, on or about August 25, 2021, in Case Number CR-20-02282, Lucas County Common Pleas Court, Possession of Heroin, on or about August 25, 2021, in Case Number CR-20-2620, Lucas County Common Pleas Court, and Felon in Possession of a Firearm, on or about February 17, 2026, in Case Number 3:25CR334, United States District Court, Northern District of Ohio, knowingly possessed in and affecting interstate

commerce a firearm, to wit: a Romarm/Cugir Micro Draco 7.62 mm pistol, bearing serial number ROA24PMD-69248, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 13
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

107.    On or about April 11, 2026, in the Northern District of Ohio, Western Division, Defendant DASHAWN DONTE LEE, AKA GHOST, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of a Firearm by an Addict or Unlawful User of a Controlled Substance, on or about December 17, 2012, in Case Number 3:12CR498, United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, .38 Special revolver, bearing serial number AFU4500, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 14
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(2) and (b))

The Grand Jury further charges:

108.    From on or about September 2025, through April 2026, in the Northern District of Ohio, Western Division, Defendant ROSS NICHOLS knowingly managed or controlled any place, permanently or temporarily, as an owner, lessee, agent, employee, occupant, or mortgagee, to wit: ROSS' residence on Garrison Road, and knowingly and intentionally rented, leased, profited from, or made available for use, with or without compensation, the place for the purpose

28

of unlawfully manufacturing, storing, distributing, or using a controlled substance, in violation of Title 21. United States Code. Section 856(a)(2) and (b).

<u>COUNTS 15-25</u>
(Use of a Communications Facility in Furtherance of a Drug Trafficking Offense, 21 U.S.C. § 843(b) and 846)

The Grand Jury further charges:

109.	On or about the dates and approximate times listed below, in the Northern District of Ohio, Western Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 846:

| Count | Defendant(s) | Date | Approximate time |
|---|---|---|---|
| 15 | CHRISTOPHER TURNER, AKA TONE | November 30, 2025, | 12:51 p.m. |
| 16 | MELTRICE WATSON, AKA BIG MAN | March 7, 2026 | 6:54 p.m. |
| 17 | DASHAWN DONTE LEE, AKA GHOST | March 9, 2026 | 6:01 p.m. |
| 18 | MICAH BOLDEN, AKA MARLOW, AKA LO, AKA GOTTI, AKA MAN MAN | March 15, 2026 | 8:12 p.m. |
| 19 | MAKAYLA DICKSON | March 23, 2026 | 9:47 p.m. |
| 20 | BRUCE COPELAND, AKA UNC | March 26, 2026 | 3:58 p.m. |
| 21 | JOEL LISKE | March 26, 2026 | 4:15 p.m. |
| 22 | MORGAN CLARK | April 4, 2026 | 8:17 p.m. |
| 23 | MISTY LEBER | April 6, 2026 | 2:19 p.m. |
| 24 | BENJAMIN WILLIAMS | April 10, 2026 | 4:12 p.m., 9:41 p.m. |
| 25 | TYRELL LOUIS | April 10, 2026 | 5:15 p.m. |

All in violation of Title 21, United States Code, Sections 843(b) and 846.

## FORFEITURE

The Grand Jury further charges:

110.    The allegations contained in Counts 1 through 8, and 11 through 25 of this Superseding Indictment are hereby re- alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense).  As a result of these offenses, Defendants TYLER MCCLORRINE,  AKA JULIO, TYRELL LOUIS, MICAH BOLDEN, AKA MARLOW, AKA LO, AKA GOTTI,  AKA MAN MAN, BRUCE COPELAND, AKA UNC, WILLIAM BEENE SR., AKA POPS,  AKA CLIFF., DASHAWN DONTE LEE, AKA GHOST, MELTRICE WATSON, AKA BIG MAN, BENJAMIN WILLIAMS, JOEL LISKE, MORGAN CLARK, MAKAYLA DICKSON, ,  MISTY LEBER, ROSS NICHOLS, and CHRISTOPHER TURNER, AKA TONE shall forfeit to the United States: any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the drug offenses; any and all of the defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses; and, any and all firearms and ammunition involved in or used in the commission of the firearms offenses.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.