IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

JUL 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26CR219 |
| Plaintiff, | JUDGE JAMES R. KNEPP II |
| vs. | MAGISTRATE JUDGE DARRELL A. CLAY |
| BRUCE COPELAND (4), | WAIVER OF DETENTION HEARING AND ORDER OF DETENTION |
| Defendant. | |

Bruce Copeland _____, the above named defendant, accused of having violated

21:841(a)(1),(b)(1)(A), and (b)(1)(C), 21:846 , advised of the nature of the charge and of his/her

rights, and under advice of counsel, waives in open court his/her right to a detention hearing and

consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142(e) and (i) but

reserves the right to raise the issue of detention at a later date.

_____
Defendant

_____
Counsel

_____  7/10/2026
DARRELL A. CLAY
U.S. MAGISTRATE JUDGE