IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

JUL 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELTRICE WATSON (7),<br>Defendant. | CASE NO. 3:26CR219<br><br>JUDGE JAMES R. KNEPP II<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**WAIVER OF DETENTION HEARING<br>AND ORDER OF DETENTION** |

Meltrice Watson (7)_____, the above named defendant, accused of having violated

21:841(a)(1),(b)(1)(A), and (b)(1)(C), 21:846, advised of the nature of the charge and of his/her

rights, and under advice of counsel, waives in open court his/her right to a detention hearing and

consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142(e) and (i) but

reserves the right to raise the issue of detention at a later date.

_____
Defendant

_____
Counsel

_____ 7/10/2024
DARRELL A. CLAY
U.S. MAGISTRATE JUDGE