AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Christopher Turner, aka Tone | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   3:26CR00219

**FILED**

JUL 1 3 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

_____
Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Christopher Turner, aka Tone _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Count 1 - Title 21 U.S.C. § 846: Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances
   Count 15 - Title 21 U.S.C. § 846(b) and (d)(1): Use of a Facilitate to Drug Felony

Date: __7/8/2026__                                              _____
                                                                      *Issuing officer's signature*

City and state:      Toledo, OH _____               Kelly Roddy, Courtroom Deputy _____
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/8/24 , and the person was arrested on *(date)* 7/10/26<br>at *(city and state)* TOLEDO, OH .<br><br>Date: 7/10/26 |

_____
*Arresting officer's signature*

Chad Smith / Deputy U.S. Marshall
*Printed name and title*