**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

-vs-

**ROSS NICHOLS,**

Defendant.

Case No. 3:26-CR-219

JUDGE KNEPP

**ENTRY OF APPEARANCE**

Peter G. Rost (0001426)
414 N. Erie Street
Toledo, Ohio 43604
Tel: 419/241-6168
Fax: 419/241-4215
Email: pgrostlaw@yahoo.com
Counsel for Defendant Ross Nichols

Comes now Attorney Peter G. Rost who enters his appearance as attorney of record for Defendant Ross Nichols.

Respectfully Submitted,

/s/ Peter G. Rost
Peter G. Rost
Counsel for Defendant Ross Nichols

**Certification**

This shall certify that a copy of the forgoing was sent this 29th day of July, 2026 to all counsel of record via the Court's Electronic Filing & Notification System.

/s/ Peter G. Rost
Peter G. Rost