**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**, CASE NO.: 3:26 CR 219

Plaintiff,

v. JUDGE JAMES R. KNEPP II

**WILLIAM BEENE, SR.**,

Defendant. **ORDER OF REFERRAL**

This matter having come before the Court upon the Defendant's Motion for Psychological Exam, and with the concurrence of the Court, Defendant William Beene, Sr. shall undergo a psychological examination to determine his mental competency, and whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is ORDERED that under the provisions of Title 18 U.S.C. 4241:

1. Court Diagnostic and Treatment Center is hereby appointed to examine the Defendant and to report their findings as soon as practicable to Judge James R. Knepp II, United States District Court, 1716 Spielbusch Avenue, Toledo, Ohio, 43604; United States Attorney Matthew D. Simko, Four Seagate, 3rd Floor, Toledo, Ohio 43604, attorney Adam H. Houser, P.O. Box 302, Toledo, Ohio 43697, and Supervising Officer Amanda Winner, United States Probation and Pretrial Services, 1946 North 13th Street, Toledo, Ohio 43604.

2. The United States Probation and Pretrial Services Office shall release all relevant information to Court Diagnostic and Treatment Center for use in forming an assessment and recommendation.

3. The cost of this examination shall be paid by the Department of Justice.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2026